```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                           Norfolk Division
```

**TONY EPPS, et al.,**

    **Plaintiffs,**

v.                              CIVIL ACTION NO. 2:17cv562

**SCAFFOLDING SOLUTIONS, LLC,**

    **Defendant.**

FILED DEC 17 2019 CLERK, U.S. DISTRICT COURT NORFOLK, VA

## ORDER

This matter comes before the court on the parties' Joint Motion for Settlement Approval. ECF No. 117.

On November 22, 2019, the matter was referred to United States Magistrate Judge Lawrence R. Leonard pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the parties' Joint Motion for Settlement Approval. ECF No. 118. Magistrate Judge Leonard conducted a hearing on the Joint Motion for Settlement Approval on December 10, 2019. ECF No. 119.

The Magistrate Judge's Report and Recommendation ("R&R"), which recommended granting the Joint Motion for Settlement Approval, was filed on December 11, 2019. ECF No. 120. In the R&R, the parties were advised of their right to file written

objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date of the mailing of the R&R to the objecting party. Id. at 12-13. Both the Plaintiffs and Defendant filed a Notice of No Objection to the R&R. ECF Nos. 121, 122.

The court **ADOPTS AND APPROVES IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R, ECF No. 120, filed on December 11, 2019. Accordingly, the parties' Joint Motion for Settlement Approval is **GRANTED** in accordance with the Order Granting Joint Motion for Settlement Approval, ECF No. 124, filed simultaneously with this Order.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

December 17, 2019