IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

```
FILED
DEC 17 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

**TONY EPPS,**

and

**MATTHEW SULLIVAN,**
For themselves and on behalf
of all others similarly situated,

    **Plaintiffs,**

v.                        Case No.: 2:17cv562

**SCAFFOLDING SOLUTIONS, LLC,**

    **Defendant.**

### ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

UPON CONSIDERATION of the Joint Motion for Settlement Approval (the "Joint Motion") filed by the parties, it is hereby **ORDERED** that:

1. Final approval of the settlement reached by the parties as described in the Joint Motion and the Settlement Agreement and Release attached thereto, including the gross settlement amount, the allocation of those settlement funds among attorneys' fees, costs and expenses, and individual awards to Plaintiffs, and the corresponding release of claims by Plaintiffs, is **GRANTED**;

2. Consistent with the Settlement Agreement and Release, approval of an attorneys' fees award to Plaintiffs' counsel, The Consumer & Employee Rights Law Firm, P.C. and David, Kamp & Frank, L.L.C. of a total of $110,000.00 and costs and expenses of $5,000.00 is **GRANTED**;

3.  The parties are **DIRECTED** to complete the administration of the settlement as set forth in the Settlement Agreement and Release; and

4.  Pursuant to the settlement and the stipulations and representations of the parties, and retaining authority to oversee the administration of the settlement and to enforce this Court's orders, this case is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Senior United States District Judge
**UNITED STATES DISTRICT COURT JUDGE**

Date: December 17, 2019

2

#332725